| AO 10 Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KUGLER, ROBERT B. | United States District Court - District of New Jersey | 11/06/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final | 01/01/2019 **to** 12/31/2019 |
| | **5b.** ☑ Amended Report | |

**7. Chambers or Office Address**

Mitchell Cohen U.S. Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trustee #1 |
| 2. | See Note |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 11/06/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| KUGLER, ROBERT B. | 11/06/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 11/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 2. Franklin Templeton Mutual Qualified Fund | B | Dividend | K | T | | | | | |
| 3. Partnership, Coins | | None | K | U | | | | | |
| 4. TD Bank | A | Interest | J | T | | | | | |
| 5. AIG Sun America | A | Interest | J | T | | | | | |
| 6. U.S. Savings Bonds | A | Interest | K | T | | | | | |
| 7. TD Bank | A | Interest | J | T | | | | | |
| 8. T.Rowe Price Alaska 529 (no control) | C | Dividend | M | T | | | | | |
| 9. Pioneer Stock Fund | A | Dividend | L | T | | | | | |
| 10. Real Estate Atlantic County | | None | O | S | | | | | |
| 11. Real Estate Collier County FL | | None | O | S | | | | | |
| 12. Real Estate Camden County Parcel 1 | | None | N | S | | | | | |
| 13. Real Estate Camden County Parcel 2 | D | Rent | M | S | | | | | |
| 14. Charles Schwab U.S. Treasury Money Fund | C | Dividend | N | T | | | | | |
| 15. Charles Schwab Government Money Fund | C | Dividend | M | T | | | | | |
| 16. Katahdin Bankshares Inc. | A | Dividend | J | T | | | | | |
| 17. Exelon Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 11/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pembina Pipeline | A | Dividend | J | T | | | | | |
| 19. Richardson Electric | A | Dividend | J | T | | | | | |
| 20. Commercial National Trust | A | Dividend | J | T | | | | | |
| 21. Winthrop Realty Trust | A | Dividend | J | T | | | | | |
| 22. One Liberty Properties | A | Dividend | J | T | | | | | |
| 23. BCE Inc. | A | Dividend | J | T | | | | | |
| 24. Blue Corp. Reinsurance | A | Dividend | J | T | | | | | |
| 25. Bristol-Myers Squibb | A | Dividend | J | T | | | | | |
| 26. Centerpoint Energy | A | Dividend | J | T | | | | | |
| 27. Dominion Energy | A | Dividend | J | T | | | | | |
| 28. Entergy Corp. | A | Dividend | J | T | | | | | |
| 29. Glaxo Smith Kline PLC | A | Dividend | J | T | | | | | |
| 30. Katahdin Trust Co. | A | Dividend | J | T | | | | | |
| 31. Mackinac Financial | A | Dividend | J | T | | | | | |
| 32. Merck & Co., Inc. | A | Dividend | J | T | | | | | |
| 33. Occidental Petroleum | A | Dividend | J | T | | | | | |
| 34. Riverview Financial | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Spire Inc. | A | Dividend | J | T | | | | | |
| 36. T.C. Energy | A | Dividend | J | T | | | | | |
| 37. United Bancorp of Ohio | A | Dividend | J | T | | | | | |
| 38. Bar Harbor Bancshares | A | Dividend | J | T | Buy | 01/28/19 | J | | |
| 39. Bayer AG | A | Dividend | J | T | Buy | 01/28/19 | J | | |
| 40. Commercial National Financial | A | Dividend | J | T | Buy | 01/28/19 | J | | |
| 41. Comtech Telecommunications | A | Dividend | J | T | Buy | 08/30/19 | J | | |
| 42. Evolution Petroleum | A | Dividend | J | T | Buy | 09/16/19 | J | | |
| 43. GEO Group Inc. | A | Dividend | J | T | Buy | 12/30/19 | J | | |
| 44. Great Lakes Dredging | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 45. Gulf Island Fabrication | A | Dividend | J | T | Buy | 04/05/19 | J | | |
| 46. MPLX LP | A | Dividend | J | T | Buy | 07/31/19 | J | | |
| 47. Northwest Natural | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 48. One Liberty Properties Inc. | A | Dividend | J | T | Buy | 01/16/19 | J | | |
| 49. PPL Corp. | A | Dividend | J | T | Buy | 07/11/19 | J | | |
| 50. Southern Co. | A | Dividend | J | T | Buy | 08/22/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 11/06/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. As to I, This Trust was dissolved in 2019, its assets distributed in 2019, and thus will not be reported in future Disclosures.

2. As to Part VII, Paragraph 3, the partnership is with a ▮▮▮▮ member and is invested in gold coins.

3. The Assessments in Part VII, Paragraphs 10, 11, 12, and 13 are:

 Real Estate Atlantic County  $548,000
 Real Estate Collier County, FL $554,500
 Real Estate Camden County, Parcel 1 $587,800
 Real Estate Camden County, Parcel 2 $189,700

4. From the 2018 Disclosure, Part VII, Paragraph 115, the purchase money mortgage was satisfied in full and The Trust (Part I, Paragraph I) was dissolved in 2019 and the assets (Part VII, Paragraphs 8-114) distributed in kind in accordance with the terms of The Trust.

5. Part VII, paragraphs 6, 7, 8, 9, 10, and 11 are entirely owned by ▮▮▮▮

6. Part VII, Paragraphs 14 and 15, were inherited in 2019, from ▮▮▮▮▮▮▮▮▮.

7. Part VII, Paragraphs 23 - 36, were inherited in 2019, from ▮▮▮▮▮▮▮.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ ROBERT B. KUGLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544